UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/7/2023
```

HICKORY CAPITAL, LLC,

                              Plaintiff,

              -against-                              22 Civ. 10729 (AT)

SME CAPITAL, LLC, STEVE FELDMAN, and,               **ORDER**
GEORGE KING,

                              Defendants.

ANALISA TORRES, District Judge:

On January 3, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by March 6, 2023. ECF No. 14. Those submissions are now overdue. Accordingly, by **March 14, 2023**, the parties shall submit their joint letter and proposed case management plan.

        SO ORDERED.

Dated: March 7, 2023
        New York, New York

                                        ANALISA TORRES
                                        United States District Judge