UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HICKORY CAPITAL, LLC,

              Plaintiff,

-against-

SME CAPITAL, LLC, STEVE FELDMAN, and, GEORGE KING,

              Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/16/2023
```

22 Civ. 10729 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 14, 2023, the Court granted Plaintiff's attorney's motion to withdraw and gave Plaintiff until May 15, 2023, to retain new counsel. ECF No. 19. No counsel has entered a notice of appearance on Plaintiff's behalf. Plaintiff is reminded that corporations and other artificial entities cannot proceed *pro se*. *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993); *see also Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983). Accordingly, by **May 29, 2023**, Plaintiff shall retain new counsel and such counsel shall file a notice of appearance.

    SO ORDERED.

Dated: May 16, 2023
       New York, New York

                                                  ANALISA TORRES
                                       United States District Judge