UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
HICKORY CAPITAL, LLC,

                Plaintiff,

-against-

SME CAPITAL, LLC, STEVE FELDMAN, and,
GEORGE KING,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/30/2023_

22 Civ. 10729 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 14, 2023, the Court granted Plaintiff's attorney's motion to withdraw and gave Plaintiff until May 15, 2023, to retain new counsel. ECF No. 19. No counsel has entered a notice of appearance on Plaintiff's behalf. Plaintiff is reminded that corporations and other artificial entities cannot proceed *pro se*. *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993); *see also Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983). Accordingly, by **June 27, 2023**, Plaintiff shall retain new counsel and such counsel shall file a notice of appearance.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se* at 132 Central Avenue, Hillsdale, New Jersey 07642.

    SO ORDERED.

Dated: May 30, 2023
        New York, New York

                                                    ANALISA TORRES
                                             United States District Judge